UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:06MJ67-H |
| | ) | |
| v. | ) | ORDER TO UNSEAL |
| | ) | COMPLAINT |
| DAVID MICHAEL HENNESSEY | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order unsealing the complaint in the case numbered above; and

IT APPEARING to the Court that said the reasons for sealing the complaint no longer exist;

NOW, THEREFORE, IT IS ORDERED that the complaint in the above-numbered case be unsealed.

**SO ORDERED**.

Signed: May 18, 2006

*Carl Horn, III*
Carl Horn, III
United States Magistrate Judge